# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BELINDA NOAH, Candidate for**
**the United States Senate,**

    **Plaintiff,**

v.                                                **Case No. 8:06-cv-1959-T-30EAJ**

**LEADERSHIP FLORIDA, THE FLORIDA**
**PRESS ASSOCIATION, and FLORIDA**
**PUBLIC BROADCASTING SERVICE,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff Belinda Noah's Motion for a Temporary Restraining Order (Dkt. 1).

In determining whether to grant a temporary restraining order, a court must consider whether the movant has established: "1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex rel. Schindler v. Schiavo*, 403 F.3d 1223, 1225-26 (11th Cir. 2005). In reviewing Plaintiff's Motion, it does not appear she has sufficiently established the first factor, i.e. a substantial likelihood of success on the merits.[1] *See Chandler v. Georgia Public Telecommunications Commission,* 917 F.2d 486, 489 (11th

---

[1] It also appears that venue is improper. The Motion indicates the debate is taking place in Ft. Lauderdale, Florida and not within the jurisdiction of this Court.

Cir. 1990) (stating "[a] decision to air the debate between two front runners, or the three who will appear on the ballot, or others, is appropriately made by the programmers undertaking to provide and educational program of sufficient interest to attract viewers"). Accordingly, it is hereby

ORDERED AND ADJUDGED that:

1.   Plaintiff Belinda Noah's Motion for a Temporary Restraining Order (Dkt. 1) is **DENIED**.

2.   The Clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on October 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1959 Denial of TRO.frm